In the Matter of the Application of EDWARD M. F. CONWAY, Petitioner, Respondent, for an Order under Article 78 of the Civil Practice Act against JOHN J. McELLIGOTT, as Fire Chief and Commissioner of the Fire Department of the City of New York, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [172 Misc. 774.]

FLORENCE BURES, Respondent, v. THE REICHSBANK, Sometimes Known, Referred to, and Designated as the "REICHSBANK" and the "REICHSBANK-DIREKTORIUM," Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOHN ROTH, Respondent, v. THE REICHSBANK, Sometimes Known, Referred to, and Designated as the "REICHSBANK" and the "REICHSBANK-DIREKTORIUM," Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

DORIS KURLAND, Respondent, v. ARNOLD M. ROBINSON, Defendant. JULIUS S. SMITH, Appellant.— Order unanimously modified so as to allow to Julius S. Smith, the retiring attorney, the sum of $350 as full compensation for his services and disbursements, and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JOHN CRAWFORD KNOX, as General Guardian of the Minor Children of MAURICE MATTHYSSENS, Appellant, for an Advance Payment on Account of Their Interest in the Estate of LENA SIDONIA LUCKEMEYER, Deceased. ANTON H. SCHEFER, as Sole Surviving Executor of Said Estate, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JACOB ROSEN, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MARGARET MILLER, Respondent, v. LOUISE CRANE, Appellant.— Order, so far as appealed from, unanimously modified to the extent of allowing defendant to cross-examine orally the four physicians whose depositions are to be taken and to permit plaintiff to examine such witnesses orally in redirect examination, on condition that defendant pay the expenses incident thereto, which are to include an allowance of $200 to plaintiff to cover the compensation of a representative attending the examination; and, as so modified, affirmed. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JAMES W. TUOMEY, Petitioner, Appellant, for an Order against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and grant the motion.